**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10105-4-STA |
| KENNETH EDWARD GARRETT, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on January 25, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Kenneth Edward Garrett, appearing in person, and with counsel, Jocelyn Henderson.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1s of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, APRIL 30, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 25th day of January, 2019.

                                                              s/ S. Thomas Anderson
                                                  CHIEF JUDGE, U. S. DISTRICT COURT