IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

        v.                               Cr. No. 1:17-cr-10105 STA

**KENNETH GARRETT,**

    Defendant.

---

### ORDER CONTINUING SENTENCING AND NOTICE OF RESETTING

---

    This cause came upon the motion of Defendant to continue the sentencing. For good cause shown, the Court hereby grants the motion of Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and decreed that Defendant's motion is granted and the sentencing shall be continued to the **7th day of June, 2019 at 9:30 A.M.**

    IT IS SO ORDERED, this the 29th of April, 2019.


                                                  s/S. Thomas Anderson
                                                  S. Thomas Anderson
                                                  CHIEF U.S. DISTRICT JUDGE